IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ISMAEL ARREOLA and ISRAEL ARREOLA, § <br> Each Individually and on Behalf of All Others § <br> Similarly Situated § <br> § <br> VS. § <br> § <br> SOUTHERN INDUSTRIAL § <br> CONTRACTORS, LLC, and SAMUEL ESTIS § | CIVIL ACTION NO. 9:23-CV-00050 <br> JUDGE MICHAEL J. TRUNCALE |

**ORDER GRANTING IN PART PLAINTIFFS' MOTION
TO EXTEND TIME FOR SERVICE OF PROCESS**

Before the Court is the Plaintiffs' Motion to Extend Time for Service of Process. [Dkt. 3]. Plaintiffs filed their Complaint in this matter on March 14, 2023. [Dkt. 1]. Plaintiffs' time for completing service of process on the Defendants is June 12, 2023. Thus far, attempts to serve the Defendants have been unsuccessful and Plaintiffs now seek a ninety (90) day extension in which to complete service of process on the Defendants. After considering the Plaintiffs' motion and reviewing the pleadings on file and all applicable law, the Court grants the same in part.

It is therefore **ORDERED** that Plaintiffs' Motion to Extend Time for Service of Process [Dkt. 3] is hereby **GRANTED IN PART**. Plaintiff's deadline to serve the Defendants with process is now **July 27, 2023**.

**SIGNED this 13th day of June, 2023.**

_____
Michael J. Truncale
United States District Judge