# RETURN OF SERVICE

Court Stamp Here

Notice: This document contains sensitive data

| | |
|---|---|
| Court | **Federal Court**<br>**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TEXAS**<br>**Angelina County, Texas** |
| Plaintiff<br>ISMAEL ARREOLA AND ISRAEL ARREOLA, EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | Cause #<br>**9:23-CV-50** |
| Defendant(s)<br>**SOUTHERN INDUSTRIAL CONTRACTORS, LLC; ET AL** | Came to Hand Date/Time |
| Reason Unable to Serve | |
| Documents<br>**SUMMONS; COMPLAINT** | Service Fee: |

On the date and time of _____ at the address of **20 Emerald Lane, Rayville, Richland County, LA 71269**, the undersigned served the above described documents upon: **Samuel Estis**

☐ **Personal Service**
by then and there personally delivering ___ true and correct copy(ies) thereof.

*Physical description*

☐ **Substituted / Residential Service**
by then and there personally delivering ___ true and correct copy(ies) thereof, by then presenting to and leaving the same with

*Name of Person Receiving Documents and Their Relationship to Person Served*

*Physical description*

a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subject's legal representative listed above.

☐ **Posting per T.R.C.P. Rule 106(b) Order**
by securely affixing ___ true and correct copy(ies) thereof in a conspicuous place at the above address.

**COMMENTS**

---

Ref **Ismael Arreola v. Southern Industrial**

0104923281

 Sanford Law Firm

Tracking # **0105993693**



DATED this _____ day of _____ 20 _____.

_____
*Process Server Name*      *Reg. State, County and ID#*      *Signature*

Ref  **Ismael Arreola v. Southern Industrial**


**0104923281**


**Sanford Law Firm**

Tracking # **0105993693**


# RETURN OF NON SERVICE

Notice: This document contains sensitive data

Court Stamp Here

**RETURN**

| | |
|---|---|
| **Court** Federal Court<br>UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TEXAS<br>Angelina County, Texas | |
| **Plaintiff** ISMAEL ARREOLA AND ISRAEL ARREOLA, EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | **Cause #** 9:23-CV-50 |
| **Defendant(s)** SOUTHERN INDUSTRIAL CONTRACTORS, LLC; ET AL | **Came to Hand Date/Time** |
| **Reason Unable to Serve** | |
| **Documents** SUMMONS; COMPLAINT | **Service Fee:** |

On the date and time of _____ at the address of **20 Emerald Lane, Rayville, Richland County, LA 71269**, the undersigned attempted to serve the above described documents upon: **Samuel Estis**

The undersigned diligently searched the local area described as:

*Cities and/or Counties Searched*
for defendant and was unable to find defendant for process service at this time. The following attempts and resources used for this search are described below:

Date    Time    Address    Remarks

___

___

___

___

**COMMENTS**

___

___

Ref  Ismael Arreola v. Southern Industrial

0104923281

 Sanford Law Firm

Tracking # 0105993710

DATED this _____ day of _____ 20 _____.

_____   _____   _____
Process Server Name           Reg. State, County and ID#     Signature

RETURN

Ref  Ismael Arreola v. Southern Industrial
0104923281
 Sanford Law Firm
Tracking # 0105993710

Re:                                    PARISH _Richland_

                                       SUIT No. _____

☒ MOVED To _1224 North Casey Key Osprey, Fla. 34229_

☐ MOVED, address unknown

☐ NO SUCH NUMBER

☐ NOT KNOWN AT THIS ADDRESS

☐ UNABLE TO LOCATE

☐ HOLD - request of Attorney

☐ ATTORNEY NOTIFIED

☐ COMMENTS OR OTHER REASON FOR NOT SERVING _____

_5/16/2023_                            _Billy Richardson_
  Date                                 Deputy Sheriff

                                       PARISH OF RICHLAND, LOUISIANA

# RETURN OF SERVICE

Notice: This document contains sensitive data

Court Stamp Here

| Court | Federal Court<br>UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TEXAS<br>Angelina County, Texas | |
|---|---|---|
| Plaintiff | ISMAEL ARREOLA AND ISRAEL ARREOLA, EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | Cause #<br>9:23-CV-50 |
| Defendant(s) | SOUTHERN INDUSTRIAL CONTRACTORS, LLC; ET AL | Came to Hand Date/Time |
| Reason Unable to Serve | | |
| Documents | SUMMONS; COMPLAINT | Service Fee: |

On the date and time of _____ at the address of **158 Industrial Loop, Rayville, Richland County, LA 71269**, the undersigned served the above described documents upon: **Southern Industrial Contractors LLC c/o Thuy Estis**

**Corporate Service**
☐ by then and there personally delivering ___ true and correct copy(ies) thereof, by then presenting to and leaving the same with

_____
*Name and Title of Person Receiving Documents*

_____
*Physical description*

☐ **Posting per T.R.C.P. Rule 106(b) Order**
by securely affixing ___ true and correct copy(ies) thereof in a conspicuous place at the above address.

**COMMENTS**
_____
_____

DATED this _____ day of _____ 20 _____.

_____
*Process Server Name*   *Reg. State, County and ID#*   *Signature*

---

Ref **Ismael Arreola v. Southern Industrial**
0104923280

 Sanford Law Firm

Tracking # **0105992867**


Ref  **Ismael Arreola v. Southern Industrial**

**0104923280**

 **Sanford Law Firm**

Tracking **# 0105992867**



# RETURN OF NON SERVICE

Notice: This document contains sensitive data

**Court Stamp Here**

# RETURN

| Court | Federal Court<br>UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TEXAS<br>Angelina County, Texas | |
|---|---|---|
| Plaintiff | ISMAEL ARREOLA AND ISRAEL ARREOLA, EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | Cause # <br> **9:23-CV-50** |
| Defendant(s) | SOUTHERN INDUSTRIAL CONTRACTORS, LLC; ET AL | Came to Hand Date/Time |
| Reason Unable to Serve | | |
| Documents | SUMMONS; COMPLAINT | Service Fee: |

On the date and time of _____ at the address of **158 Industrial Loop, Rayville, Richland County, LA 71269**, the undersigned attempted to serve the above described documents upon: **Southern Industrial Contractors LLC c/o Thuy Estis**

The undersigned diligently searched the local area described as:

*Cities and/or Counties Searched*
for defendant and was unable to find defendant for process service at this time. The following attempts and resources used for this search are described below:

| Date | Time | Address | Remarks |
|---|---|---|---|
| | | | |

**COMMENTS**

Ref  Ismael Arreola v. Southern Industrial
0104923280

 Sanford Law Firm

Tracking # 0105992880


DATED this _____ day of _____ 20_____.

_____
Process Server Name      Reg. State, County and ID#      Signature

RETURN




Re: 

PARISH _Richland_

SUIT No. _____

☒ MOVED _To 1224 North Casey Key Osprey Fla 34229_
☐ MOVED, address unknown
☐ NO SUCH NUMBER
☐ NOT KNOWN AT THIS ADDRESS
☐ UNABLE TO LOCATE
☐ HOLD - request of Attorney
☐ ATTORNEY NOTIFIED
☐ COMMENTS OR OTHER REASON FOR NOT SERVING _____

_____

_____

_5/16/2023_    _Billy Richardson_
Date           Deputy Sheriff

PARISH OF RICHLAND, LOUISIANA