AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **9:23-CV-50**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Samuel Estis**
was recieved by me on **6/08/2023:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒  I returned the summons unexecuted because **Other contact** after attempting service at **1224 N Casey Key Road, oSPREY, FL 34229**; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 129.00** for services, for a total of **$ 129.00**.

I declare under penalty of perjury that this information is true.

Date:  06/15/2023

*Server's signature*

**Bill Rorie**
*Printed name and title*

**4709 Welcome Drive**
**Sebring, FL 33870**

*Server's address*

Additional information regarding attempted service, etc:

**6/10/2023 11:38 AM: I spoke with an individual who identified themselves as the gardener and they stated subject resides but refused to respond.  Expenses security system.  Gardener speaks very little English but did confirm occupancy.  I could see an adult female, and she refused to answer the door.**
**6/13/2023 11:50 AM: I spoke with an individual who identified themselves as the resident and they stated service not permitted. I spoke with a neighbor who doesn't recognize name.  This is a gated property spoke to a female occupant.  Do you have a call box? She would not give me her name would not confirm the identity of the folks were looking for I would not buzz me in excess was denied.**



Tracking #: **0108471895**



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **9:23-CV-50**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Southern Industrial Contractors LLC**
was recieved by me on **6/08/2023:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Disallowed** after attempting service at **1224 N Casey Key Road, oSPREY, FL 34229**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 129.00** for services, for a total of **$ 129.00**.

I declare under penalty of perjury that this information is true.

Date:   06/15/2023

*Server's signature*

**Bill Rorie**
*Printed name and title*

**4709 Welcome Drive**
**Sebring, FL 33870**

*Server's address*

Additional information regarding attempted service, etc:

**6/10/2023 11:38 AM: I spoke with an individual who identified themselves as the gardener and they stated subject resides but refused to respond. Expenses security system. Gardener speaks very little English but did confirm occupancy. I could see an adult female, and she refused to answer the door.**
**6/13/2023 11:50 AM: I spoke with an individual who identified themselves as the resident and they stated service not permitted. I spoke with a neighbor who doesn't recognize name. This is a gated property spoke to a female occupant. Do you have a call box? She would not give me her name would not confirm the identity of the folks were looking for I would not buzz me in excess was denied.**



Tracking #: **0108471771**

