IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

**ISMAEL ARREOLA and ISRAEL ARREOLA**            **PLAINTIFFS**
**Each Individually and on Behalf of All**
**Others Similarly Situated**

vs.                              No. 9:23-cv-50-MJT

**SOUTHERN INDUSTRIAL CONTRACTORS,**
**LLC, and SAMUEL ESTIS**                         **DEFENDANTS**

## ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS

The Court, having reviewed Plaintiffs' Second Motion for Extension of Time for Service of Process, and the grounds therefore, finds the Motion is well taken and grants the Motion.

It is ORDERED that the deadline to serve Defendants is extended to September 11, 2023.