IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ISMAEL ARREOLA and ISRAEL ARREOLA, Each Individually and on Behalf of All Others Similarly Situated | § § § § § § § § § § | |
| VS. | | CIVIL ACTION NO. 9:23-CV-00050<br>JUDGE MICHAEL J. TRUNCALE |
| SOUTHERN INDUSTRIAL CONTRACTORS, LLC, and SAMUEL ESTIS | | |

## ORDER GRANTING PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS

Before the Court is the Plaintiffs' Second Motion for Extension of Time for Service of Process. [Dkt. 5]. Plaintiffs filed their Complaint in this matter on March 14, 2023. [Dkt. 1]. The Court previously granted Plaintiffs an extension until July 27, 2023 to serve process on Defendants. However, Plaintiffs again advise the Court that repeated attempts to serve the Defendants have been unsuccessful and Plaintiffs now seek an additional forty-five (45) day extension in which to complete service of process. After considering the Plaintiffs' second motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Plaintiffs' Second Motion for Extension of Time for Service of Process [Dkt. 5] is hereby **GRANTED**. Plaintiff's deadline to serve the Defendants with process is now **September 11, 2023**. Counsel should note that absent good cause no further extensions will be granted.

**SIGNED this 28th day of July, 2023.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge