AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| Ismael Arreola and Israel Arreola | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   9:23-cv-00050-MJT |
| Southern Industrial Contractors, LLC, & Samuel Estis | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Ismael Arreola and Israel Arreola                                                                .

Date:      09/28/2023

/s/ Katherine Serrano
*Attorney's signature*

Katherine Serrano, Bar No. 24110764
*Printed name and bar number*
Forester Haynie PLLC
400 North Saint Paul Street, Suite 700,
Dallas, TX 75201

*Address*

kserrano@foresterhaynie.com
*E-mail address*

(214) 210-2100
*Telephone number*

(469) 399-1070
*FAX number*