IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

ISMAEL ARREOLA and ISRAEL ARREOLA                         PLAINTIFFS
Each Individually and on Behalf of All
Others Similarly Situated

vs.                        No. 9:23-cv-50-MJT

SOUTHERN INDUSTRIAL CONTRACTORS,
LLC, and SAMUEL ESTIS                                     DEFENDANTS

### JOINT MOTION FOR LEAVE TO APPEAR REMOTELY
### AT RULE 16 MANAGEMENT CONFERENCE

Plaintiffs Ismael Arreola and Israel Arreola ("Plaintiffs"), each individually and on behalf of all others similarly situated, and Defendants Southern Industrial Contractors, LLC, and Samuel Estis ("Defendants"), by and through their undersigned counsel, for their Joint Motion for Leave to Appear Remotely at Rule 16 Management Conference ("Motion"), state and allege as follows:

1. The Court has scheduled a Rule 16 Case Management Conference on November 3, 2023, at 11:00 am before the Honorable Judge Michael J. Truncale. ECF No. 13.

2. Lead counsel for Plaintiffs, Colby Qualls of Forester Haynie, PLLC, is not local to Beaumont, Texas, and would be required to travel from Little Rock, Arkansas for the Conference.

3. Counsel for Defendants, Jacob Roussel of Breazeale, Sachse & Wilson, L.L.P., is also not local to Beaumont, Texas, and would be required to travel from Baton Rouge, Louisiana for the Conference.

Page 1 of 4
Ismael Arreola, et al. v. Southern Industrial Contractors, LLC, et al.
U.S.D.C. (E.D. Tex.) No. 9:23-cv-50-MJT
Joint Motion for Leave to Appear Remotely at Rule 16 Management Conference

4.      Given these geographic limitations, the Parties now respectfully request that their counsel be granted leave to appear for the Conference remotely via teleconference or video conference.

5.      The granting of the request would not prejudice any party and would help keep down the costs of litigation, saving the expense of counsel traveling to Beaumont, Texas.

WHEREFORE, premises considered, the Parties request this Court to grant their Motion to allow leave for counsel for both Parties to appear telephonically or via video conference at the Rule 16 Management Conference set for November 3, 2023.

Respectfully submitted,

**ISMAEL ARREOLA and ISRAEL ARREOLA, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

Katherine Serrano
Tex. Bar No. 24110764
kserrano@foresterhaynie.com

and     **DEFENDANTS SOUTHERN INDUSTRIAL CONTRACTORS, LLC, and SAMUEL ESTIS**

BREAZEALE, SACHSE & WILSON, L.L.P.

Page 2 of 4
Ismael Arreola, et al. v. Southern Industrial Contractors, LLC, et al.
U.S.D.C. (E.D. Tex.) No. 9:23-cv-50-MJT
Joint Motion for Leave to Appear Remotely at Rule 16 Management Conference

        P.O. Box 3197
        Baton Rouge, Louisiana 70821-3197
        Telephone: (225) 381-4000
        Facsimile: (225) 387-5397

        */s/ Jacob Roussel*
        Jacob Roussel
        La. Bar No. 34742
        Jacob.roussel@bswllp.com

        Jerry L. "Jay" Stovall, Jr.
        La. Bar No. 23318
        Jerry.stovall@bswllp.com

        Eve B. Masinter
        La. Bar No. 1218
        Eve.masinter@bswllp.com

        Racheal A. Jeanfreau
        La. Bar No. 33903
        Rachael.jeanfreau@bswllp.com

**Page 3 of 4**
**Ismael Arreola, et al. v. Southern Industrial Contractors, LLC, et al.**
**U.S.D.C. (E.D. Tex.) No. 9:23-cv-50-MJT**
**Joint Motion for Leave to Appear Remotely at Rule 16 Management Conference**

## CERTIFICATE OF SERVICE

    I, the undersigned counsel, do hereby certify that one the date imprinted by the CM/ECF system, a copy of the foregoing MOTION was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Jacob Roussel
Jerry L. "Jay" Stovall, Jr.
Eve. B. Masinter
Rachel A. Jeanfreau
BREAZEALE, SACHSE & WILSON, L.L.P.
P.O. Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: (225) 381-4000
Facsimile: (225) 387-5397
Jacob.roussel@bswllp.com
Jerry.stovall@bswllp.com
Eve.masinter@bswllp.com
Rachael.jeanfreau@bswllp.com

                                                                                             */s/ Colby Qualls*
                                                                                             **Colby Qualls**

**Page 4 of 4**
**Ismael Arreola, et al. v. Southern Industrial Contractors, LLC, et al.**
**U.S.D.C. (E.D. Tex.) No. 9:23-cv-50-MJT**
**Joint Motion for Leave to Appear Remotely at Rule 16 Management Conference**