IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **ISMAEL ARREOLA and ISRAEL ARREOLA**<br>Each Individually and on Behalf of All<br>Others Similarly Situated | | **PLAINTIFFS** |
| vs. | No. 9:23-cv-50-MJT | |
| **SOUTHERN INDUSTRIAL CONTRACTORS,**<br>**LLC, and SAMUEL ESTIS** | | **DEFENDANTS** |

### ORDER GRANTING JOINT MOTION FOR LEAVE TO APPEAR REMOTELY AT RULE 16 MANAGEMENT CONFERENCE

The Court, having reviewed the Parties' Joint Motion for Leave to Appear Remotely at Rule 16 Management Conference, and the grounds therefore, finds the Motion is well taken and grants the Motion.

It is ORDERED that counsel for both Parties may appear remotely at the Rule 16 Management Conference set for November 3, 2023.