IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ISMAEL ARREOLA and ISRAEL ARREOLA, | § | |
| Each Individually and on Behalf of All Others | § | |
| Similarly Situated | § | |
| | § | CIVIL ACTION NO. 9:23-CV-00050 |
| VS. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| SOUTHERN INDUSTRIAL | § | |
| CONTRACTORS, LLC, and SAMUEL ESTIS | § | |
| | § | |

## ORDER DENYING JOINT MOTION FOR LEAVE TO APPEAR REMOTELY
## AT RULE 16 MANAGEMENT CONFERENCE

Before the Court is the Parties' Joint Motion for Leave to Appear Remotely at the Rule 16 Management Conference. [Dkt. 16]. This matter is currently set for a Rule 16 Management Conference on November 3, 2023.  Because counsel for both Parties are not local and travel would be required, the Parties are requesting the Court allow counsel to attend the Rule 16 Management Conference remotely. After considering the Parties' joint motion and reviewing the pleadings on file and all applicable law, the Court denies the same.

It is therefore **ORDERED** that the Parties' Joint Motion for Leave to Appear Remotely at the Rule 16 Management Conference [Dkt. 16] is hereby **DENIED**.  If the November 3, 2023 date is not convenient for counsel to travel, the Court is amenable to resetting the Rule 16 Management Conference for a later date. If this is the case, the Parties are **ORDERED** to contact Judge Truncale's judicial assistant via email at karen_mcclelland@txed.uscourts.gov by **12:00 p.m. on November 2, 2023**, and notify the Court of such instance. Otherwise, the Rule 16 Management Conference will go forward in person on November 3, 2023.

**SIGNED this 31st day of October, 2023.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge