IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ISMAEL ARREOLA and ISRAEL ARREOLA, Each Individually and on Behalf of All Others Similarly Situated | § § § § | |
| VS. | § § § | CIVIL ACTION NO. 9:23-CV-00050 JUDGE MICHAEL J. TRUNCALE |
| SOUTHERN INDUSTRIAL CONTRACTORS, LLC, and SAMUEL ESTIS | § § § | |

## ORDER RESETTING RULE 16 CASE MANAGEMENT CONFERENCE

PLEASE BE ADVISED AND TAKE NOTICE that the Rule 16 Case Management Conference currently scheduled for November 3, 2023 is hereby **RESET** for **November 16, 2023 at 11:30 a.m. in Room 221, Jack Brooks Federal Building, 300 Willow Street, Beaumont, Texas**.

All attorneys are **ORDERED** to attend in person.

**SIGNED this 1st day of November, 2023.**

_____
Michael J. Truncale
United States District Judge