IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

**ISMAEL ARREOLA and ISRAEL ARREOLA**  **PLAINTIFFS**
Each Individually and on Behalf of All
Others Similarly Situated

vs.     No. 9:23-cv-50-MJT

**SOUTHERN INDUSTRIAL CONTRACTORS,**
**LLC, and SAMUEL ESTIS**     **DEFENDANT**

## UNOPPOSED MOTION TO WITHDRAW—JOSH SANFORD

Attorney Josh Sanford, an attorney of record herein, for his Motion to Withdraw as counsel for Plaintiffs, states as follows:

1.  Colby Qualls, an attorney of record herein, resigned from Sanford Law Firm, PLLC, and is now affiliated with the law firm of Forester Haynie, PLLC.

2.  Mr. Qualls, and his colleague, Katherine Serrano, will remain as counsel of record on behalf of Plaintiffs. *See* ECF No. 14.

3.  Due to Mr. Qualls' move to Forester Haynie, PLLC, and his continuing representation of Plaintiffs, Josh Sanford of Sanford Law Firm, PLLC, moves to withdraw as counsel for Plaintiffs.

4.  On or about November 17, 2023, counsel for Plaintiffs and counsel for Defendants conferred, and counsel for Defendants informed counsel for Plaintiffs that they are not opposed to this Motion.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Josh Sanford withdrawn and terminated as counsel for Plaintiffs.

Respectfully submitted,

**ATTORNEY JOSH SANFORD**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

<u>*/s/ Josh Sanford*</u>
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

## CERTIFICATE OF CONFERENCE

I hereby certify that on or about November 17, 2023, prior to filing, counsel for Plaintiffs conferred with counsel for Defendants, who stated that Defendants are agreeable to the relief being sought in the Motion.

/s/ Josh Sanford
**Josh Sanford**

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, a copy of the foregoing document was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Colby Qualls, Esq.
Katherine Serrano, Esq.
FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100
cqualls@foresterhaynie.com
kserrano@foresterhaynie.com

Jacob Roussel
Jerry L. "Jay" Stovall, Jr.
Eve. B. Masinter
Rachel A. Jeanfreau
BREAZEALE, SACHSE & WILSON, L.L.P.
P.O. Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: (225) 381-4000
Facsimile: (225) 387-5397
Jacob.roussel@bswllp.com
Jerry.stovall@bswllp.com
Eve.masinter@bswllp.com
Rachael.jeanfreau@bswllp.com

/s/ Josh Sanford
**Josh Sanford**