IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| **ISMAEL ARREOLA and ISRAEL ARREOLA**<br>Each Individually and on Behalf of All<br>Others Similarly Situated | **PLAINTIFFS** |
| vs. | No. 9:23-cv-50-MJT |
| **SOUTHERN INDUSTRIAL CONTRACTORS,**<br>**LLC, and SAMUEL ESTIS** | **DEFENDANT** |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW—ATTORNEY JOSH SANFORD

Before the Court is Plaintiffs' Attorney Josh Sanford's Unopposed Motion to Withdraw as Counsel ("Motion"). After considering the Motion, and noting that it is unopposed, the Court determines that the Motion should be **GRANTED**.

It is, therefore, **ORDERED** that the Motion is **GRANTED**, and that Attorney Josh Sanford is to be relieved as counsel for Plaintiffs and that his appearance is withdrawn.