IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ISMAEL ARREOLA and ISRAEL ARREOLA, Each Individually and on Behalf of All Others Similarly Situated | § § § § § § § § § | |
| VS. | | CIVIL ACTION NO. 9:23-CV-00050 JUDGE MICHAEL J. TRUNCALE |
| SOUTHERN INDUSTRIAL CONTRACTORS, LLC, and SAMUEL ESTIS | | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

Before the Court is Josh Sanford's Unopposed Motion to Withdraw. [Dkt. 21]. Attorney Sanford is requesting the Court allow him to withdraw as counsel for Plaintiffs in this matter. After considering the unopposed motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Attorney Sanford's Unopposed Motion to Withdraw [Dkt. 21] is hereby **GRANTED**. The Clerk is **INSTRUCTED** to terminate Attorney Sanford as counsel for Plaintiffs in this matter and terminate all electronic notices thereto. Plaintiffs will continue to be represented by Colby Qualls and Katherine Serrano.

**SIGNED this 17th day of November, 2023.**

Michael J. Truncale
United States District Judge